# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| JUANITA JOHNSON and ALL SIMILARLY SITUATED EMPLOYEES, ) ) ) Plaintiff, ) ) v. ) ) SMITH & NEPHEW INC. d/b/a SMITH & NEPHEW and d/b/a SMITH & NEPHEW, PLC, ) ) ) ) Defendant. ) | No. 2:20-cv-02176-TLP-cgc<br><br>JURY DEMAND |

## JUDGMENT

**JUDGMENT BY COURT**. This action came before the Court on Plaintiff's Complaint, filed on March 10, 2020. (ECF No. 1.) In accordance with the Stipulation of Dismissal (ECF No. 19), agreed to by the parties in the case and under Federal Rules of Civil Procedure 41(a)(1)(A)(ii),

**IT IS ORDERED, ADJUDGED, AND DECREED** that this action is **DISMISSED WITH PREJUDICE**.

**APPROVED:**

s/ Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

November 30, 2020
Date